IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL FRAZIER, | No. C-09-3995 TEH (PR) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| ALAMEDA COUNTY JAIL, et. al., | |
| Respondent(s). | |

This civil rights action by a prisoner was filed on August 28, 2009. Doc. #1. The Court notified Plaintiff in writing at that time that the action was deficient because he did not pay the requisite $ 350.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in his prison trust account and a copy of his prison trust account statement for the last six months. See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty days would result in dismissal of the action. Doc. #3.

//

On September 22, 2009, and again on October 13, 2009, the mail sent to Plaintiff by the Court was returned as undeliverable. Doc. ## 4 & 5.  More than three months have elapsed since Plaintiff was sent notice of his filing deficiency.  Plaintiff has not provided the Court with the requisite items, or sought an extension of time to do so.  Further, Plaintiff has failed to provide the Court with a current mailing address.

Because more than sixty days have passed since the Court's mail to Plaintiff was returned, the action is DISMISSED without prejudice pursuant to Civil Local Rule 3-11(b).

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   12/02/09

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.09\Frazier-09-3995.order of dismissal-clr 3-11-b.wpd

**2**